UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff,

v().                                   No. 09-cv-11986-DPW

$16,101.72 SEIZED FROM BANK OF
AMERICA ACCOUNT NUMBER 898018373038
IN THE NAME OF ROSEMONT S CORPORATION
D/B/A SPENCER INTERNATIONAL TRADERS,
        Defendant.

**JOINT MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE, and ORDER RELEASING OTHER PROPERTY**

The United States of America and Spencer International Traders (collectively, the "Parties"), by their undersigned attorneys, jointly move that this Court endorse the proposed Final Judgment and Order of Forfeiture and Order Releasing Other Property submitted herewith, ordering the forfeiture to the United States of $5,000.00 of the captioned Defendant Property, together with any interest or other return thereon since the time of seizure, pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 984, and releasing the remainder of that Defendant Property.

In support of this Motion, the parties state that they have settled this action, and after due notice, no claims to the captioned Defendant Property have been filed, other than the claim filed by Spencer International Traders.

                Respectfully submitted,

                CARMEN M. ORTIZ,
                United States Attorney

By:  s/Richard L. Hoffman
     Richard L. Hoffman
     Neil J. Gallagher
     Assistant U.S. Attorneys
     1 Courthouse Way, Suite 9200
     Boston, Massachusetts 02210
     (617) 748-3279

SPENCER INTERNATIONAL TRADERS,
By its attorneys,

_____
Thomas E. Butler
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5283

Dated: ~~October~~ __, 2010
       November 4,

## CERTIFICATE OF SERVICE

    I hereby certify that today I am filing the foregoing motion, together with the proposed order, via the ECF system, which will cause copies to be sent by email to claimant's counsel.

                                             s/Richard L. Hoffman
                                             Richard L. Hoffman
Dated: November 5, 2010      Assistant U.S. Attorney