UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                    No. 09-cv-11986-DPW

$16,101.72 SEIZED FROM BANK OF
AMERICA ACCOUNT NUMBER 898018373038
IN THE NAME OF ROSEMONT S CORPORATION
D/B/A SPENCER INTERNATIONAL TRADERS,
        Defendant.

**FINAL JUDGMENT AND ORDER OF FORFEITURE, and
ORDER RELEASING OTHER PROPERTY**

**WOODLOCK, District Judge:**

This Court having allowed the parties' Joint Motion for Final Judgment and Order of Forfeiture and Order Releasing Other Property, it is hereby

ORDERED, ADJUDGED and DECREED:

1. Judgment by agreement of the Parties is hereby entered for the forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 984, of $5,000.00 of the captioned Defendant Property (*i.e.*, $16,101.72 seized from Bank of America Account Number 898018373038, in the name of Rosemont S Corporation, d/b/a Spencer International Traders), together with any interest or other return actually earned on that $5000.00 portion of that Defendant Property.

2. The Forfeited Property shall be disposed of by the United States Marshals Service pursuant to applicable law.

3. The United States Marshals Service shall release the

remainder of the funds seized from Account No. 898018373038, in the amount of $11,101.72, together with any interest or other return actually earned on that $11,101.72 portion of the seized funds, to Thomas E. Butler, as counsel for Spencer International Traders.

    4.    Any claim of interest of any other person who may assert any right, title, or interest in or to the Forfeited Property is hereby held in default and dismissed.

    5.    This Order shall be, and hereby is, the full and final disposition of this civil forfeiture action with respect to the captioned Defendant Property.

    DONE and ORDERED in Boston, Massachusetts, this _____ day of _____, 2010.

                                          _____
                                          DOUGLAS P. WOODLOCK
                                          United States District Judge