UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | No. 4:09-cv-11986-DPW |
| v. | ) ) |  |
| **$18,380,697.75 et. al.** | ) ) |  |
| Defendants. | ) ) |  |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE
AND HEARING ON PENDING MOTIONS**

The United States of America, by its undersigned counsel, and Claimants Multinvest Casa de Bolsa, C.A. ("Multinvest"), Spectre Capital, Inc. ("Spectre"), and Spencer International Traders ("Spencer"), by their undersigned counsel, hereby move that this Court continue the status conference and hearing on pending motions, now scheduled for Tuesday, November 30, 2010, to a date convenient to the Court in January 2011, for the reasons set forth below.

The government and Claimant Multinvest (claimant to the *in rem* defendant $18,380,697.75 in U.S. Currency) have reached a tentative settlement in this case. The proposed settlement, which, if approved by this Court, would moot the pending motions and make the status conference unnecessary, cannot be submitted to the Court without high-level approval by the Department of Justice. The proposed settlement is now undergoing that DOJ approval process.

The government and Claimant Spectre (claimant to the *in rem*

defendant $995,233.44 in U.S. Currency) are currently attempting to negotiate a settlement of this case, and expect to reach a settlement, or to determine that no settlement is possible, by the end of this calendar year.

The government and Claimant Spencer (claimant to the *in rem* defendant $16,101.72 in U.S. Currency) have already settled their dispute in this case, and moved jointly on November 5, 2010, for a final order of forfeiture and order releasing other property to carry out their settlement.

WHEREFORE, for all of these reasons, the United States, Multinvest, Spectre, and Spencer hereby request that this Court continue the status conference and hearing on pending motions from November 30, 2010, to a date convenient to the Court in January 2011.

```
                                    Respectfully submitted,
                                    CARMEN M. ORTIZ
                                    U.S. Attorney
                              By:   /s/Richard L. Hoffman
                                    Richard L. Hoffman
                                    Neil J. Gallagher, Jr.
                                    Assistant U.S. Attorneys
                                    1 Courthouse Way, Suite 9200
                                    Boston, Massachusetts  02210
Dated:  November 12, 2010           Telephone (617) 748-3279
```

        MULTINVEST CASA DE BOLSA, C.A.
        By its attorneys,
        <u>/s/Lee Stapleton</u>
        Lee Stapleton, Esq.
        Baker & McKenzie LLP
        Mellon Financial Center
        1111 Brickell Avenue,
        Suite 1700
        Miami, Florida 33131

        SPECTRE CAPITAL, INC.
        By its attorneys,
        <u>/s/Thomas E. Butler</u>
        Thomas E. Butler, Esq.
        Chadbourne & Parke LLP
        30 Rockefeller Plaza
        New York, NY 10112

        SPENCER INTERNATIONAL TRADERS,
        By its attorneys,
        <u>/s/Thomas E. Butler</u>
        Thomas E. Butler, Esq.
        Chadbourne & Parke LLP
        30 Rockefeller Plaza
        New York, NY 10112

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that I am filing the foregoing document via the ECF system, which will cause a copy to be sent to claimants' counsel by electronic mail.

                                  <u>/s/Richard L. Hoffman</u>
Date: November 12, 2010       RICHARD L. HOFFMAN
                                  Assistant U.S. Attorney