UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**

                          No. 4:09-cv-11986-DPW

    v.

**$18,380,697.75 Seized from
Bank of America Account Number
898004312605, in the Name of
Rosemont D Corporation
d/b/a Multinvest;**

**$995,233.44 Seized From Bank of America
Account Number 898018373449
in the Name of Rosemont R Corporation
d/b/a/ Spectre Capital Inc.; and**

**$16,101.72 Seized From Bank of America
Account Number 898018373038
in the Name of Rosemont S Corporation
d/b/a Spencer International Traders**

**JOINT MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE, and
ORDER RELEASING OTHER PROPERTY**

The United States of America, Multinvest Casa de Bolsa, C.A., Spectre Capital, Inc., and Spencer International Traders (collectively, the "Parties"), by their undersigned attorneys, jointly move that this Court endorse the proposed Final Judgment and Order of Forfeiture and Order Releasing Other Property submitted herewith, ordering the forfeiture of certain property to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 984, and releasing certain other property.

In support of this Motion, the parties state that they have settled this action, and after due notice, no claims have been

filed other than the claims filed by Multinvest Casa de Bolsa, C.A., Spectre Capital, Inc., and Spencer International Traders.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney,
By:  /s/Richard L. Hoffman
        Neil J. Gallagher, Esq.
        Richard L. Hoffman, Esq.
        Assistant U.S. Attorneys
        John Joseph Moakley Courthouse
        Suite 9200
        1 Courthouse Way
        Boston, MA 02210
        (617) 748-3100

        MULTINVEST CASA DE BOLSA, C.A.
        By its attorneys,
        /s/Lee Stapleton
        Lee Stapleton, Esq.
        Baker & McKenzie LLP
        Mellon Financial Center
        1111 Brickell Avenue, Suite 1700
        Miami, Florida 33131

        SPECTRE CAPITAL, INC.,
        By its attorneys,
        /s/Thomas E. Butler
        Thomas E. Butler
        Chadbourne & Parke LLP
        30 Rockefeller Plaza
        New York, NY 10112
        (212) 408-5283

        SPENCER INTERNATIONAL TRADERS,
        By its attorneys,
        /s/Thomas E. Butler
        Thomas E. Butler
        Chadbourne & Parke LLP
        30 Rockefeller Plaza
        New York, NY 10112
        (212) 408-5283

**CERTIFICATE OF SERVICE**

    I hereby certify that today I am filing the foregoing document, and the proposed Final Order of Forfeiture and Order Releasing Other Property, via the ECF system, which will cause a copy to be sent by electronic mail to claimants' counsel of record.

```
                              /s/Richard L. Hoffman
                              Richard L. Hoffman
Dated: March 2, 2011          Assistant U.S. Attorney
```