UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

No. 4:09-cv-11986-DPW

v.

$18,380,697.75 Seized from
Bank of America Account Number
898004312605, in the Name of
Rosemont D Corporation
d/b/a Multinvest;

$995,233.44 Seized From Bank of America
Account Number 898018373449
in the Name of Rosemont R Corporation
d/b/a/ Spectre Capital Inc.; and

$16,101.72 Seized From Bank of America
Account Number 898018373038
in the Name of Rosemont S Corporation
d/b/a Spencer International Traders.

FINAL JUDGMENT AND ORDER OF FORFEITURE, and
ORDER RELEASING OTHER PROPERTY

WOODLOCK, District Judge:

This Court having allowed the parties' Joint Motion for

Final Judgment and Order of Forfeiture and Order Releasing Other

Property, it is hereby

ORDERED, ADJUDGED and DECREED:

1.   Judgment by agreement of the parties is hereby entered

for the forfeiture to the United States, pursuant to Title 18,

United States Code, Sections 981(a)(1)(A) and 984, of the

following (hereafter, collectively, the "Forfeited Property"):

(a)   $5,000,000.00 of the $18,380,697.75 seized from Bank of

America account number 898004312605, in the Name of Rosemont

D Corporation d/b/a Multinvest, together with any interest

or other return actually earned on that $5,000,000.00

portion of that Defendant Property;

(b)  $350,000.00 of the $995,233.44 seized from Bank of

America Account Number 898018373449, in the name of Rosemont

R Corporation, d/b/a Spectre Capital, Inc., together with

any interest or other return actually earned on that

$350,000.00 portion of that Defendant Property; and

(c)  $5,000.00 of the $16,101.72 seized from Bank of America

Account Number 898018373038, in the name of Rosemont S

Corporation, d/b/a Spencer International Traders, together

with any interest or other return actually earned on that

$5,000.00 portion of that Defendant Property.

2.    The Forfeited Property shall be disposed of by the

United States Marshals Service pursuant to applicable law.

3.    The United States Marshals Service shall release:

(a)  the remainder of the funds seized from Account No.

898004312605, in the amount of $13,380,697.75, together with

any interest or other return actually earned on that

$13,380,697.75 portion of those seized funds, to Multinvest

Casa de Bolsa;

(b)  the remainder of the funds seized from Account No.

898018373449, in the amount of $645,233.44, together with

any interest or other return actually earned on that

$645,233.44 portion of those seized funds, to Thomas E.

Butler, as counsel for Spectre Capital, Inc.; and

(c) the remainder of the funds seized from Account No.

898018373038, in the amount of $11,101.72, together with any

interest or other return actually earned on that $11,101.72

portion of those seized funds, to Thomas E. Butler, as

counsel for Spencer International Traders.

4.   Any claim of interest of any other person who may

assert any right, title, or interest in or to the Forfeited

Property is hereby held in default and dismissed.

5.   This Order shall be, and hereby is, the full and final

disposition of this civil forfeiture action.

6.   Further, pursuant to the agreement between the United

States and Multinvest, the United States Marshals Service shall

also release the $450.79 seized from Bank of America account

number 898004312540, in the name of Rosemont D Corporation d/b/a

Multinvest, as to which Multinvest also asserts ownership, and

the United States does not contest ownership, to Multinvest Casa

de Bolsa.

DONE and ORDERED in Boston, Massachusetts, this _____ day

of _____, 2011,        _____
                             DOUGLAS P. WOODLOCK
                             United States District Judge