UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
            Plaintiff,

            v.                              No. 09-cv-11986-DPW

$995,233.44 SEIZED FROM
BANK OF AMERICA ACCOUNT
NUMBER 898018373449 IN THE
NAME OF ROSEMONT R CORPORATION
D/B/A SPECTRE CAPITAL, INC.,
            Defendant.

**FINAL JUDGMENT AND ORDER OF FORFEITURE, and
ORDER RELEASING OTHER PROPERTY**

**WOODLOCK, District Judge:**

This Court having allowed the parties' Joint Motion for

Final Judgment and Order of Forfeiture and Order Releasing Other

Property, it is hereby

ORDERED, ADJUDGED and DECREED:

1.    Judgment by agreement of the Parties is hereby entered

for the forfeiture to the United States, pursuant to Title 18,

United States Code, Sections 981(a)(1)(A) and 984, of $350,000.00

of the captioned Defendant Property (*i.e.*, $995,233.44 seized

from Bank of America Account Number 898018373449, in the name of

Rosemont R Corporation, d/b/a Spectre Capital, Inc.), together

with any interest or other return actually earned on that

$350,000.00 portion of that Defendant Property.

2.    The Forfeited Property shall be disposed of by the

United States Marshals Service pursuant to applicable law.

3.    The United States Marshals Service shall release the

remainder of the funds seized from Account No. 898018373449, in the amount of $645,233.44, together with any interest or other return actually earned on that $645,233.44 portion of the captioned Defendant Property, to Thomas E. Butler, as counsel for Spectre Capital, Inc.

4.    Any claim of interest of any other person who may assert any right, title, or interest in or to the Forfeited Property described in Paragraph 1 is hereby held in default and dismissed.

5.    This Order shall be, and hereby is, the full and final disposition of this civil forfeiture action with respect to the captioned Defendant Property.

DONE and ORDERED in Boston, Massachusetts, this **3d** day of *March*, 2011.

_____
DOUGLAS P. WOODLOCK
United States District Judge

