UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

No. 4:09-cv-11986-DPW

$18,380,697.75 Seized from
Bank of America Account Number
898004312605, in the Name of
Rosemont D Corporation
d/b/a Multinvest;

$995,233.44 Seized From Bank of America
Account Number 898018373449
in the Name of Rosemont R Corporation
d/b/a/ Spectre Capital Inc.; and

$16,101.72 Seized From Bank of America
Account Number 898018373038
in the Name of Rosemont S Corporation
d/b/a Spencer International Traders.

FINAL JUDGMENT AND ORDER OF FORFEITURE, and
ORDER RELEASING OTHER PROPERTY

**WOODLOCK, District Judge:**

This Court having allowed the parties' Joint Motion for Final Judgment and Order of Forfeiture and Order Releasing Other Property, it is hereby

ORDERED, ADJUDGED and DECREED:

1. Judgment by agreement of the parties is hereby entered for the forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 984, of the following (hereafter, collectively, the "Forfeited Property"):

    (a) $5,000,000.00 of the $18,380,697.75 seized from Bank of America account number 898004312605, in the Name of Rosemont

D Corporation d/b/a Multinvest, together with any interest or other return actually earned on that $5,000,000.00 portion of that Defendant Property;

(b) $350,000.00 of the $995,233.44 seized from Bank of America Account Number 898018373449, in the name of Rosemont R Corporation, d/b/a Spectre Capital, Inc., together with any interest or other return actually earned on that $350,000.00 portion of that Defendant Property; and

(c) $5,000.00 of the $16,101.72 seized from Bank of America Account Number 898018373038, in the name of Rosemont S Corporation, d/b/a Spencer International Traders, together with any interest or other return actually earned on that $5,000.00 portion of that Defendant Property.

2. The Forfeited Property shall be disposed of by the United States Marshals Service pursuant to applicable law.

3. The United States Marshals Service shall release:

(a) the remainder of the funds seized from Account No. 898004312605, in the amount of $13,380,697.75, together with any interest or other return actually earned on that $13,380,697.75 portion of those seized funds, to Multinvest Casa de Bolsa;

(b) the remainder of the funds seized from Account No. 898018373449, in the amount of $645,233.44, together with any interest or other return actually earned on that

$645,233.44 portion of those seized funds, to Thomas E. Butler, as counsel for Spectre Capital, Inc.; and

(c) the remainder of the funds seized from Account No. 898018373038, in the amount of $11,101.72, together with any interest or other return actually earned on that $11,101.72 portion of those seized funds, to Thomas E. Butler, as counsel for Spencer International Traders.

4. Any claim of interest of any other person who may assert any right, title, or interest in or to the Forfeited Property is hereby held in default and dismissed.

5. This Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

6. Further, pursuant to the agreement between the United States and Multinvest, the United States Marshals Service shall also release the $450.79 seized from Bank of America account number 898004312540, in the name of Rosemont D Corporation d/b/a Multinvest, as to which Multinvest also asserts ownership, and the United States does not contest ownership, to Multinvest Casa de Bolsa.

DONE and ORDERED in Boston, Massachusetts, this 3d day of March, 2011,

*Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
United States District Judge

3

