## **CERTIFICATE OF SERVICE**

  I hereby certify that today I am filing herewith U.S. Marshals Service Process Receipt and Return forms via the ECF system, which will cause copies to be sent by electronic mail to all counsel of record.

Dated: April 18, 2011   <u>s/Richard L. Hoffman</u>
           Richard L. Hoffman
           Assistant U.S. Attorney